**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 5, 2021.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-20-00592-CV

---

## MARY SIEGFRIED, Appellant

### V.

## FRED RAHDER AND SHAILI, LLC D/B/A FRIENDS PUB, Appellees

---

**On Appeal from County Court No. 3**
**Galveston County, Texas**
**Trial Court Cause No. CV-0086562**

---

## MEMORANDUM OPINION

This is an appeal from an order signed August 4, 2020 that denied both appellant Mary Siegfried's motion to dismiss filed on June 11, 2020, and Marina Perry's motion to dismiss filed on June 18, 2020. On December 10, 2020, appellant filed a motion to dismiss the appeal, which stated that the appellant and appellees

have settled their case in the trial court. *See* Tex. R. App. P. 42.1(a)(1). The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Bourliot, Zimmerer, and Spain.